# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      *Plaintiff*,

                          **APPEARANCE**
                     Case Number: CR-14-149-P

v.

KATRINA LYNN FLOWERS,

      *Defendant*.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for the defendant:

KATRINA LYNN FLOWERS,

      I certify that I am admitted to practice in this court.


| April 23, 2014 | s/Jeffrey M. Byers |
|---|---|
| *Date* | *Signature* |
| | Jeffrey M. Byers |
| | Assistant Federal Defender |
| | Criminal Defense Unit |
| | Western District of Oklahoma |
| | 215 Dean A. McGee, Suite 109 |
| | Oklahoma City, Oklahoma 73102 |
| | Main (405) 609-5930 |
| | Fax (405) 609-5932 |
| | Direct (405) 609-5980 |
| | Email: Jeff_Byers@fd.org |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2014, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      AUSA Tim Ogilvie

and any other parties of record in this case.

      *s/ Jeffrey M. Byers*
      JEFFREY M. BYERS